UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-03275-WLH-MBK | Date | January 14, 2026 |
|---|---|---|---|
| Title | Asghar Payman Farsi v. Kristi Noem, et al. | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Asghar Farsi filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 5, 2025. Dkt. 2. The Court issued an Order Requiring a Response to the Petition on December 12, 2025. Dkt. 13. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by January 12, 2026, and for Petitioner to file a reply by January 26, 2026. *Id.* at 2. The assigned District Judge subsequently granted a preliminary injunction in Petitioner's favor, which remains in effect. Dkt. 15. That order also required the parties to file a joint status report addressing, in part, whether the Petition is moot. *Id.* at 11. The parties filed the status report on January 2, 2026. Dkt. 17.

As of the date of this Order, Respondents have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why this action should not be granted as unopposed. Respondents' response to this OSC is due on or before **January 21, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing an answer to the Petition. If Respondents file an answer, Petitioner's reply will be due on or before **February 4, 2026.**

**IT IS SO ORDERED.**